**STATE of Missouri, Respondent,**

v.

**Michael K. QUINN, Appellant.**

**Michael K. QUINN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47777, WD 49168.**

Missouri Court of Appeals, Western District.

Nov. 15, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Consolidated appeal from convictions of murder in the second degree and armed criminal action, and from denial of Rule 29.15 postconviction motion without an evidentiary hearing.

The conviction is affirmed and the denial of postconviction motion is affirmed. Rules 30.25(b) and 84.16(b).